UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD R. JONES, JR,

    Plaintiff,

v.                                          Case No. 3:21cv487-MCR-HTC

SERGEANT B. CASH, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 19, 2021. ECF No. 28. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this Order.

Case No. 3:21cv487-MCR-HTC

2. Plaintiff's Partial Motion for Summary Judgment (ECF Doc. 26) as to qualified immunity is DENIED.

3. The clerk of court is directed to remand this case to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 10th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv487-MCR-HTC