UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD R JONES,

    Plaintiff,

v.                                      Case No. 3:21cv487-MCR-HTC

B CASH, et. al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 13, 2022. ECF No. 68. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 68) is adopted and incorporated by reference in this Order.

2.    Defendant Yost's motion for summary judgment (ECF Doc. 59) is DENIED.

Case No. 3:21cv487-MCR-HTC

3.   This case be referred back to the Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv487-MCR-HTC