UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD R. JONES, JR.,

    Plaintiff,

v.                                               Case No. 3:21cv487-MCR-HTC

B. CASH,
SERGEANT MOYE,
OFFICER DEREK BROWN,
OFFICER DAKOTA WALKER,
OFFICER RODERICK YOST,
OFFICER VANESSA ELY,

    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 20, 2022. ECF Doc. 66. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv487-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 66) is adopted and incorporated by reference in this Order.

2. Defendant Cash and Moye's motion for summary judgment, ECF Doc. 47, is DENIED.

3. The case is referred back to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**