UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD R. JONES,

      Plaintiff,

v.                                  Case No. 3:21cv487-MCR-HTC

B. CASH, et. al.,

      Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 18, 2022. ECF No. 72. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 72) is adopted and incorporated by reference in this Order.

2.    Defendants Walker, Brown, and Ely's motion for summary judgment, ECF Doc. 69, is DENIED.

Case No. 3:21cv487-MCR-HTC

3.      This case is referred back to the Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 27th day of September 2022.


_M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**